**Dismissed and Memorandum Opinion filed February 4, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-13-01024-CV

_____

**DEMETRIA JOHNSON, Appellant**

**V.**

**CASH MCKAY PROPERTIES, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1036260**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed November 13, 2013. On December 3, 2013, the trial court sustained the District Clerk's contest to appellant's affidavit of indigence and ordered appellant to pay the costs for preparation of the record. *See* Tex. R. App. P. 20.1. A partial clerk's record related to the denial of appellant's claim of indigence was filed. On January 8, 2014, the clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 8, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.